# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
#### 5:06cv107

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| All Funds Seized from Two Accounts ) | |
| at Bank of America in Lincoln County, ) | |
| North Carolina, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the court's own Motion for Case Status and the plaintiff's Answer to Show-Cause Order (#8). While such Answer satisfies this court's request for cause, the court remains concerned as to the prompt disposition of this matter. A status conference will, therefore, be scheduled for Thursday, March 8, 2007, at 9:30 a.m. in Asheville.

**ORDER**

**IT IS, THEREFORE, ORDERED** that a status conference is **CALENDARED** for Thursday, March 8, 2007, at 9:30 a.m. in Asheville, Courtroom #2.

Signed: February 1, 2007

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge