UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:06CV107

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | **JUDGMENT BY DEFAULT,** |
| All Funds Seized from Two Accounts | ) | **ENTRY OF JUDGMENT, AND** |
| at Bank of America in Lincoln | ) | **FINAL JUDGMENT OF FORFEITURE** |
| County, North Carolina, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This Matter is before the Court on the United States' Motion for an Order directing Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a)(2)(A)(iii) against the defendant property.

For the reasons stated in the Motion and no response being necessary, the Motion is allowed.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The government's Motion for Judgment by Default, Entry of Judgment, and Final Order of forfeiture against the **DEFENDANT PROPERTY:**

   **$67, 444.38 in United States Currency**.

1

shall be granted and judgment of forfeiture is entered in favor of the United States against all persons and entities in the world;

2. Any and all right, title and interest of all persons in the world in or to the defendant property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed: March 13, 2007

Graham C. Mullen
United States District Judge